PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| MICHELLE ENTROCASO, <br><br> ,    Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of <br> Social Security,[1] <br><br>    Defendant. | Case No.: 1:16-cv-01263-GSA <br><br> STIPULATION AND ORDER TO EXTEND TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the time for Defendant's filing of an electronic version of the Certified Administrative Record per the Court's January 27, 2017 Minute

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Order be extended fourteen (14) days from February 10, 2017 to February 24,
2  2017.  This is Defendant's first request for an extension of time.  Counsel for the
3  Defendant needs additional time because of errors discovered in the electronic
4  version that need to be corrected before filing it with the court.

Dated: February 10, 2017         */s/ Melissa Newel*
                                 MELISSA NEWEL,
                                 (As authorized via by e-mail on February 10, 2017)

                                  Attorney for Plaintiff

Dated: February 10, 2017         Respectfully submitted,

                                 PHILLIP A. TALBERT
                                 United States Attorney
                                 DEBORAH L. STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                        By:      */s/ Ben A. Porter*
                                 BEN A. PORTER
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

# ORDER

Pursuant to the above stipulation, Defendant shall file the electronic version of the certified administrative record no later than **February 24, 2017**. All deadlines in the Court's scheduling order shall be calculated from the date the paper version of the certified public record was filed.

IT IS SO ORDERED.

Dated:   **February 13, 2017**                              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE