Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA 94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MICHELLE ENTROCASO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ENTROCASO,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No. 1:16-CV-1263 (GSA)<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have an additional extension of time of fifteen (15) days to file her Opening Brief. The parties previously agreed to a first-time extension of thirty (30) days for the Opening Brief. (ECF Doc. 19) Plaintiff's counsel seeks this further extension due to the backlog and rescheduling of multiple filing deadlines unexpectedly caused by being out of the office for a significant time due to a serious family illness. Plaintiff shall file her Opening Brief on or before **June 14, 2017**.

Respectfully submitted,

JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | Dated: May 25, 2017 | NEWEL LAW |
| 2 | | By: *Melissa Newel* |
| | | Melissa Newel |
| 3 | | Attorney for Plaintiff |
| | | MICHELLE ENTROCASO |
| 4 | | |
| 5 | Dated: May 25, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 6 | | DEBORAH LEE STACHEL |
| | | Regional Chief Counsel, Region IX |
| 7 | | Social Security Administration |
| | | By: `Ben A. Porter*` |
| 8 | | BEN A. PORTER |
| | | (*Authorized by email dated 05/25/2017*) |
| 9 | | Special Assistant U.S. Attorney |
| 10 | | Attorneys for Defendant |

## **ORDER**

Based upon the above stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a fifteen (15) day extension of time, up to and including **June 14, 2017**, to serve her Opening Brief. All other deadlines set forth in the Scheduling Order (ECF Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **May 26, 2017**          /s/ Gary S. Austin
                                                            UNITED STATES MAGISTRATE JUDGE